# MOTION TO DETERMINE CONFIDENTIALITY OF COURT RECORDS

Patricia Romero-Chu,
    Plaintiff,

V.                                                                             Case #: 14-CV-3189 (KBF)

Citibank NA
Eva Kechejian-Floyd
    Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DATE FILED: 1/20/2015

---

1.     I am the Plaintiff in this case.

2.     I have not given written notice of this motion to Defendants, Citibank NA and Eva Kechejian-Floyd.

3.     I am filing a motion and respectfully request that the Court determine that the following court records or portion of a record are sealed and order the Clerk to seal the records in accordance with Rule of Judicial Administration.

4.     The Court should determine the record as confidential or the Plaintiff's name removed from the file, for the following reasons:

    a) To prevent a predominantly harm that is causing the public record in my search of a new job.
    b) I get rejections from prospect employers and I attribute it to the public information they get (from the legal case filed in this Court) when searching my personal information in the internet.
    b) This case was dismissed by this Court in August 2014 and compelled to Arbitration as requested by the Defendants.

5.     I certify that this motion is made in good faith and is necessary to protect my interest in a job search.

Dated: January 13, 2015

*Patricia Romero-Ch.*
-------------------------------
Patricia Romero-Chu
526 Myrtle Ave.
Garwood, NJ 07027
Cell. 908 930-3551

JAN 20 2015
PRO SE OFFICE

Patricia Romero Chu
526 Myrtle Ave.
Garwood, NJ 07027

EWR DANIELS NJ 070
14 JAN 2015 PM 9 L

United States District Court
Southern District of New York
Pro Se Office
500 Pearl St. Room 230
New York, NY 10007

2015 JAN 20 P 2: 26
RECEIVED
PRO SE OFFICE