UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: January 23, 2015
```

-----------------------------------------------------------------X
                :

PATRICIA ROMERO-CHU,          :

                :

          Plaintiff,      :          14-cv-3189 (KBF)

                :

         -v-        :            ORDER

                :

CITIBANK, N.A. et al.,         :

                :

         Defendants.    :

                :

-----------------------------------------------------------------X

KATHERINE B. FORREST, District Judge:

      The Court has received Ms. Romero-Chu's letter requesting that the Court seal certain records.  (ECF No. 26.)  That application is DENIED.  The Court advises plaintiff that the above-captioned case was closed on August 21, 2014. Accordingly, the Court will not entertain further applications on this matter.

      SO ORDERED.

Dated:     New York, New York
           January 23, 2015

                      _____
                         KATHERINE B. FORREST
                     United States District Judge

CC: Patricia Romero-Chu
    526 Myrtle Ave.
    Garwood, NJ 07027